# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAHR JOSIAH, ) | |
| ) | |
| Petitioner, ) | Civil Action No. |
| ) | 16-11986-FDS |
| v. ) | |
| ) | |
| MICHAEL RODRIGUES, ) | |
| ) | |
| Defendant. ) | |

## ORDER DIRECTING RESPONSE

**SAYLOR, J.**

Petitioner has sent a letter to the Court (Docket No. 34) that alleges that he has not received his legal materials since he was transferred from MCI Cedar Junction in April 2018 and that as a result he cannot properly respond to the Court's order to file a memorandum of law in support of the petition for writ of habeas corpus. Defendant is hereby directed to file a response to the issues raised in the letter within 14 days, that is, by October 11, 2018.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor, IV
Dated: September 27, 2018    United States District Judge